UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

MILAGROS SENIOR, ON BEHALF OF
HERSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                Plaintiffs,

           v.

TANCEUTICALS, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

No.: 1:25-cv-5309

**NOTICE OF VOLUNTARY
DISMISSAL**

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice

and without fees and costs against Defendant, TANCEUTICALS, LLC.


Dated:   New York, New York
          September 23, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge